FILED
 2015 Feb-13  AM 09:14
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CORENE DIXON, as the personal representative of Willie Maye, ) ) ) | |
| Plaintiff ) ) | |
| vs. ) ) | Case No. 2:13-cv-01327-JHH |
| SHAWN KIMBRELL, et al., ) ) | |
| Defendants ) | |

## MEMORANDUM OPINION

On January 28, 2015, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the motion for summary judgment filed by defendants be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this the 13th day of February, 2015.

*James H. Hancock*

SENIOR UNITED STATES DISTRICT JUDGE